**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7551**

———————

D'ANDRE LOVERTURE JACKSON,

Plaintiff - Appellant,

versus

DOCTOR TATRO; DOCTOR THOMPSON; H. HAMILTON,
RDA; NURSE HARBER, LPN,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Jackson L. Kiser, Senior District
Judge. (CA-02-928-7)

———————

Submitted: December 16, 2002      Decided: December 23, 2002

———————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

D'Andre Loverture Jackson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

D'Andre Loverture Jackson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we grant Jackson's motion to amend his informal brief and affirm on the reasoning of the district court. See Jackson v. Tatro, No. CA-02-928-7 (W.D. Va. Sept. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED